UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MICHAEL HYRE, | ) <br> ) |
| Plaintiff, | ) <br> ) CASE NO. 8:19-CV-1168-SDM-SPF |
| v. | ) <br> ) |
| TRINET GROUP, INC., et al., | ) <br> ) |
| Defendants. | ) <br> ) <br> ) |

**<u>NOTICE OF SETTLEMENT</u>**

Pursuant to Local Rule 3.08, plaintiff Michael Hyre ("Plaintiff") and defendants TriNet Group, Inc., TriNet HR I, Inc., TriNet HR III, Inc., TriNet HR III-A, Inc., TriNet HR III-B, Inc., and TriNet HR XI, Inc. (collectively, "Defendants") (Plaintiff and Defendants are together referred to as the "Parties"), by and through their undersigned counsel, hereby advise the Court that the Parties have reached an amicable settlement of Plaintiff's claims. The Parties are preparing settlement papers and Plaintiff will seek dismissal of this action with prejudice after they are finalized.

Dated this 6th day of November, 2019.

Respectfully submitted,

| | |
|---|---|
| By: */s/ Paul M. Botros*<br>Paul M. Botros<br>Florida Bar No.: 063365<br>Email: pbotros@forthepeople.com<br><br><br><br>MORGAN & MORGAN, P.A.<br>600 N. Pine Island Road, Suite 400<br>Plantation, FL  33324<br>Telephone: (954) 318-0268<br>Fax: (954) 327-3017<br><br>Attorney for Plaintiff | By: */s/ Theresa M. Waugh*<br>Jeffrey B. Jones<br>Florida Bar No.: 039950<br>Email: jbjones@littler.com<br><br>Theresa M. Waugh<br>Florida Bar No.: 089593<br>Email: twaugh@littler.com<br><br>LITTLER MENDELSON, P.C.<br>111 N Orange Avenue, Suite 1750<br>Orlando, FL 32801<br>Telephone: (407) 393-2900<br>Fax: (407) 393-2929<br><br>Attorneys for Defendants |