UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL HYRE,

    Plaintiff,

v.                                                           CASE NO. 8:19-cv-1168-T-23SPF

TRINET GROUP, INC., et al.,

    Defendants.
_____/

## ORDER

    The parties announce (Doc. 26) a settlement. Under Local Rule 3.08(b), this action is **DISMISSED** subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to move to vacate the dismissal for good cause. The clerk is directed to close the case.

    ORDERED in Tampa, Florida, on November 12, 2019.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE