IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL HYRE,

    Plaintiff,

vs.                                            Civil Action No.:  8:19-cv-1168-SDM-SPF

TRINET GROUP, INC., et al.,
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants, through their respective undersigned counsel, stipulate to and jointly move this Court for the entry of an Order dismissing this action with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this 19th day of December 2019.

*/s/ Paul Botros*
**MORGAN & MORGAN, P.A.**
PAUL M. BOTROS
FL BAR NO. 63365
PBotros@forthepeople.com
8151 Peters Road
Suite 4000
Plantation, FL 33324
T: (954) WORKERS
F: (954) 327-3017
*Trial Counsel for Plaintiff*

*/s/ Theresa M. Waugh*
**Littler Mendelson, P.C.**
FL Bar No. 89593
twaugh@littler.com
111 North Orange Avenue
Suite 1750
Orlando, FL  32810
T:  (407) 393-2900
F:  (407)393-2929
*Trial Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 19, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

        **By:** **s/** *Paul M. Botros*
        PAUL M. BOTROS, ESQ.