UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL HYRE,

    Plaintiff,

v.                                          CASE NO. 8:19-cv-1168-T-23SPF

TRINET GROUP, INC., et al.,

    Defendants.

_____/

## **ORDER**

In accord with the parties' stipulation (Doc. 28), this action is **DISMISSED WITH PREJUDICE** under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure.

ORDERED in Tampa, Florida, on December 20, 2019.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE